IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:09CR160 |
| | ) | |
| DENARD CARRINGTON, | ) | |
| | ) | |
| a.k.a. "Bird" | ) | |
| | ) | |
| Defendant. | ) | |

## EXHIBIT LIST OF THE UNITED STATES

| EX. # | DESCRIPTION |
|---|---|
| 1 | Bag containing 112.5 grams cocaine hydrochloride |
| 2 | Bag containing 548.9 grams cocaine hydrochloride |
| 3 | Two digital scales with Residue |
| 4 | Digital scale with Residue |
| 5 | Laboratory Analysis for Government Exhibits 1-4 |
| 6A | Glock 31 .357 caliber handgun |
| 6B | Ammunition for Glock 31 .357 caliber handgun |
| 7A | SKS Assault Rifle |
| 7B | Three SKS magazines |
| 8A | Mac-10 Machine Gun |
| 8B | Mac-10 Machine Gun magazine |
| 9 | Ammunition: 9mm, .357, and 40 caliber |
| 10A | $25,500.00 Wachovia Official Check |
| 10B | $30,000.00 Wachovia Official Check |

| EX. # | DESCRIPTION |
|---|---|
| **10C** | $1,521.00 Wachovia Official Check |
| **11** | Bank checks in the name of Denard Carrington |
| **12** | Letter addressed to Denard Carrington |
| **13** | Box of sandwich bags |
| **14** | Reserved |
| **15** | Safe |
| **16** | Money counter |
| **17** | Cell phone recovered from Denard Carrington |
| **18A** | Recorded Phone Call |
| **18B** | Transcript of the Recorded Phone Call |
| **19A** | Jewelry recovered from Carrington's night stand |
| **19B** | Jewelry recovered from Carrington's night stand |
| **19C** | Jewelry recovered from Carrington's night stand |
| **19D** | Jewelry recovered from Carrington's night stand |
| **19E** | Jewelry recovered from Carrington's night stand |
| **19F** | Jewelry recovered from Carrington's night stand |
| **20A** | Jewelry recovered from other areas of residence |
| **20B** | Jewelry recovered from other areas of residence |
| **20C** | Jewelry recovered from other areas of residence |
| **21A** | Photograph of top of nightstand (jewelry, rubber bands, zip lock bags, papers) |
| **21B** | Photograph of nightstand (open drawer, bags with cocaine, scales) |
| **21C** | Photograph of nightstand (close up of drawer) |
| **21D** | Photograph of nightstand (showing ammunition in red bin and jewelry) |
| **21E** | Photograph of heat sealed bag containing money found under mattress |
| **21F** | Photograph of MAC-10 Machine Gun and Magazine |

| EX. # | DESCRIPTION |
|---|---|
| **21G** | Photograph of MAC-10 Machine Gun and SKS Assault Rifle |
| **21H** | Photograph of Money Counter and Safe |
| **21I** | Photograph of Glock in toilet bowl |
| **21J** | Photograph of dead bolt lock on door |
| **21K** | Photograph of front of 1707 Peter Paul Blvd. |
| **21L** | Photograph of back of 1707 Peter Paul Blvd. |
| **22** | Curriculum Vitae of James Oxford |
| **23** | Curriculum Vitae of Daniel L. Board |
| **24** | Curriculum Vitae of Kevin Powers |
| **25** | Curriculum Vitae of Jennifer McKay |
| **26** | Curriculum Vitae of Earl Griffith, II |
| **27** | Ion scan Reports |
| **28A** | Search warrant |
| **29** | Diagram of bedroom |
| **30** | Virginia Employment Commission Records |
| **31** | Documents bearing Zsa Zsa Council's name |
| **32** | Reserved |
| **33** | Reserved |
| **34** | Reserved |
| **35** | Agreed Stipulations |
| **36** | Curriculum Vitae of Michael Weston |
| **37** | Reserved |
| **38** | Reserved |
| **39** | Reserved |
| **40** | Reserved |

| EX. # | DESCRIPTION |
|---|---|
| **41** | Reserved |

          Respectfully submitted,

          NEIL H. MACBRIDE
          UNITED STATES ATTORNEY


By:          /s/
      Angela Mastandrea-Miller
      Assistant United States Attorney
      Virginia Bar #51070
      United States Attorney's Office
      600 East Main Street, Suite 1800
      Richmond, Virginia 23219
      (804) 819-5400
      (804) 771-2316 (facsimile)
      Angela.Miller3@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Taylor Brinkley Stone
Bremner Janus Cook & Stone
701 E Franklin St
PO Box 826
Richmond, VA 23218-0826
804-643-1400
Fax: 804-643-1466
Email: tstone@bjslawyers.com

By:        /s/
Angela Mastandrea-Miller
Assistant United States Attorney
Virginia Bar #51070
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
(804) 819-5400
(804) 771-2316 (facsimile)
Angela.Miller3@usdoj.gov
