**CRIMINAL TRIAL PROCEEDINGS**
**MINUTE SHEET**                                          DATE: 10/5/09

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>UNITED STATES OF AMERICA<br>v<br>Denard Edward Carrington | CRIMINAL NO: 3:09cr160<br>JUDGE: Spencer<br>CT REPORTER: Kuu |

MATTER COMES ON FOR:  JURY TRIAL (✓)   BENCH TRIAL ( )

APPEARANCES:  DFT WITH COUNSEL _Taylor Stone_, ESQ. ( )
GOV'T _Angela Miller, Jessica Brumberg_, AUSA ( )
JURY PRESENT (✓)

BAIL STATUS:  DEFENDANT ON BOND ( )   DFT. INCARCERATED (✓)

**TRIAL PROCEEDINGS:** 10:35 -11:15 / 11:29
JURY SWORN & EXAMINED ON VOIR DIRE (✓)  JURY EMPANELED & SWORN TO TRY ISSUE (✓)
WITNESSES EXCLUDED ON MOTION OF:  GOV'T ( )   DEFENDANT ( )   COURT ( )
OPENING STATEMENTS MADE (✓)   OPENING WAIVED ( )
GOVERNMENT ADDUCED EVIDENCE (✓)  RESTED (✓)  MOTION (✓) Motion for Judgment of Acquittal
DEFENDANT ADDUCED EVIDENCE (✓)  RESTED ( )  MOTION (✓) renewed — as to Ct. 3 DENIED
REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED (✓)   ARGUMENTS OF COUNSEL HEARD ( )
JURY CHARGED BY THE COURT ( )   ALTERNATE JUROR DISCHARGED ( )
OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY:
    DEFENDANT ( )   GOVERNMENT ( )   NONE NOTED ( )
JURY RETIRED ( ) at _____ a.m./p.m.   INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )
JURY RETURNED VERDICT OF:   GUILTY AS CHARGED IN _____ ( )
                            NOT GUILTY AS CHARGED IN _____ ( )
JURY UNABLE TO AGREE ( )  MISTRIAL DECLARED ( )   JURY DISCHARGED ( )
JUDGMENT: DEFENDANT _____ AS CHARGED IN _____ ( )
PSR ORDERED ( ) or WAIVED BY THE DEFENDANT ( )   SGO ENTERED ( )

CASE CON'T TO: _10/6_, 200_9_ AT _11:00 am_ FOR _Jury Trial_ (✓)

DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFENDANT REMANDED TO CUSTODY ( )

ALL EXHIBITS RETURNED TO COUNSEL ( ) _____

FURTHER NOTATIONS: _____

SET: 10:00   BEGAN: 10:25   ENDED: 5:10   TIME IN COURT: ___ HRS  40 MIN. voir dire
RECESSES: 11:40-11:55   3:08-3:25                                  4:05 Jury Trial
          1:00-2:05    4:35-4:58                                  4:45 TOTAL

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

US
v.
Denard Edward Carrington

**EXHIBIT AND WITNESS LIST**

Case Number: 3:09cr160

| PRESIDING JUDGE Spencer | PLAINTIFF'S ATTORNEY Jessica Angela Miller Brumberg | DEFENDANT'S ATTORNEY Taylor Stone |
|---|---|---|
| TRIAL DATE(S) 10/5/09 | COURT REPORTER Kull | COURTROOM DEPUTY Hancock |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 10/5 | | | Scott Caporossi, Special Agent DEA |
| ✓ | | | ✓ | ✓ | Govt. 21 A-L |
| ✓ | | | ✓ | ✓ | Govt. 29 |
| ✓ | | | ✓ | ✓ | Govt. 1 |
| ✓ | | | ✓ | ✓ | Govt. 2 |
| ✓ | | | ✓ | ✓ | Govt. 3 |
| ✓ | | | ✓ | ✓ | Govt. 4 |
| ✓ | | | ✓ | ✓ | Govt. 5 |
| ✓ | | | ✓ | ✓ | Govt. 11 |
| ✓ | | | ✓ | ✓ | Govt. 12 |
| ✓ | | | ✓ | ✓ | Govt. 13 |
| ✓ | | | ✓ | ✓ | Govt. 15 |
| ✓ | | | ✓ | ✓ | Govt. 16 |
| ✓ | | | ✓ | ✓ | Govt. 10a |
| ✓ | | | ✓ | ✓ | Govt. 34c |
| ✓ | | | ✓ | ✓ | Govt. 10b |
| ✓ | | | ✓ | ✓ | Govt. 34a |
| ✓ | | | ✓ | ✓ | Govt. 10c |
| ✓ | | | ✓ | ✓ | Govt. 19 a-f |
| ✓ | | | ✓ | ✓ | Govt. 30 |
| ✓ | | | ✓ | ✓ | Govt. 6a |
| ✓ | | | ✓ | ✓ | Govt. 6b |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

| | | | US | vs. Denard Edward Carrington | CASE NO. 3:09 CR 160 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 10/5 | ✓ | ✓ | Govt. Ex. 9 |
| ✓ | | | ✓ | ✓ | Govt. 7a |
| ✓ | | | ✓ | ✓ | Govt. 7b |
| ✓ | | — | ✓ | ✓ | Govt. 8a |
| ✓ | | | ✓ | ✓ | Govt. 8b |
| | ✓ | | | | 21 F |
| | ✓ | | | | 21 (red bein picture) |
| | ✓ | | | | 21 g |
| ✓ | | | | | Steven Miller, DEA |
| ✓ | | | | | Todd Bennington  City of Richmond, Detective Narcotics Unit |
| ✓ | | | ✓ | ✓ | Govt 18a (CD) |
| | | | | ✓ | not admitted. 18b (transcript) |
| ✓ | | | | | First Sgt. Kevin Powers VA Nat'l Guard |
| ✓ | | | ✓ | ✓ | Govt. 24 (cv) |
| | | | | | Kevin Powers rec'd as expert. |
| ✓ | | | ✓ | ✓ | Govt. 27 |
| ✓ | | | ✓ | | James Oxford, Special Agent DEA |
| ✓ | | | ✓ | ✓ | Govt. 22 (cv) |
| | | | | | Oxford rec'd as expert |
| ✓ | | | ✓ | ✓ | 5 |
| | | | ✓ | ✓ | 1 |
| | | | ✓ | ✓ | 2 |
| | | | ✓ | | 21b |
| | | | ✓ | | 21H |
| ✓ | | | | | Earl Griffith II - ATF |
| ✓ | | | ✓ | ✓ | 26 (cv) |

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

US vs. Denard Edward Carrington   CASE NO. 3:09cr160

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 10/5 | | | 8a |
| ✓ | | | | | 8b |
| ✓ | | | ✓ | ✓ | 37 |
| ✓ | | | | | 6a |
| ✓ | | | | | 6b |
| ✓ | | | | | 9 |
| ✓ | | | | | 7a |
| ✓ | | | | | 7b |
| ✓ | | | | | Daniel L. Board ATF |
| | | | ✓ | ✓ | rec'd as expert 23 |
| ✓ | | | | | 5 |
| ✓ | | | | | 2 |
| ✓ | | | | | 21(c) |
| ✓ | | | | | 6a |
| ✓ | | | | | 6b |
| ✓ | | | | | 7a |
| ✓ | | | | | 7b |
| ✓ | | | | | 8a |
| ✓ | | | | | 8b |
| | | | | | 21(b) |
| ✓ | | | ✓ | ✓ | Stipulation (25 Jennifer McCay) 35 |