JUDGE: SPENCER          DOCKET NO. 3:09cr160
REPORTER: KULL          DATE: 10/6/09

UNITED STATES OF AMERICA          COUNSEL
v.

1. _Denard Edward Carrington_      1. _Taylor Stone_

2. _____      2. _____

3. _____      3. _____

4. _____      4. _____

**APPEARANCES:**    GOVERNMENT _Angela Miller, Jessica Brumberg_ (✓)
DEFENDANT WITH COUNSEL (✓) DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:**    DEFENDANT ON BOND ( ) DEFENDANT INCARCERATED (✓) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:**    ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA (✓) MOTIONS ( )
OTHER: _____ Cts 2 & 5 _____ ( )

**PRELIMINARY PROCEEDINGS:**    WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )

**ARRAIGNMENT PROCEEDINGS:**

|   | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 |  |  |  |  |  |  |  |  |
| 2 |  |  |  |  |  |  |  |  |
| 3 |  |  |  |  |  |  |  |  |

**GUILTY PLEA PROCEEDINGS:**
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _2 & 5_ (✓)
DEFENDANT REARRAIGNED ON COUNT(S) _2 & 5_ (✓)
PLEA BARGAIN AGREEMENT FILED ( )
STATEMENT OF FACTS FILED ( ) USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _2 & 5_ (✓)
COURT ACCEPTED PLEA (✓) GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) _2 & 5_ (✓)
PRESENTENCE REPORT ORDERED ( ) P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

**BOND HEARING PROCEEDINGS:**
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BOND SET AT $_____ WITH SURETY ( )
DEFENDANT CONTINUED ON PRESENT BOND ( ) DEFT REMANDED ( )
GOVERNMENT'S MOTION FOR BENCH WARRANT TO ISSUE IN THE AMOUNT OF
$_____ WITH SURETY HEARD ( ) GRANTED ( )
BENCH WARRANT TO ISSUE ( ) MOTION DENIED ( )

**OTHER PROCEEDINGS:**
( ) Government motion to unseal Indictment; granted.
( ) Agreed Discovery Order presented; entered by Court.
( ) Motion of Defendant(s) for continuance of trial beyond 70 days; granted.

_____ _Jury Trial to Continue_

**CASE CONTINUED TO:** _____, 20___ AT _____ .M. FOR _____

**CASE SET:** 11:00    **BEGAN:** 11:20    **ENDED:** 11:30    **TIME IN COURT:** :10