IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.                                       Action No.: 3:09cr160

DENARD EDWARD CARRINGTON

## VERDICT FORM

### Count Three

As to Count Three of the Superseding Indictment - Possession of a Firearm in Furtherance of a Drug Trafficking Crime - we, the jury, unanimously find the defendant, Denard Edward Carrington, __Guilty__.
(Guilty or Not Guilty)

If you found the defendant guilty, answer the following with respect to Count Three:

Did you find that the defendant possessed:
(Check all that apply)

__✓__ an SKS assault rifle

__✓__ A Mac-10 Machine Gun

__✓__ A Glock 31, .357 caliber handgun

__✓__ ammunition

So say we all, this __6__ day of October, 2009.