IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                                                  Case No. 3:09CR160

DENARD EDWARD CARRINGTON                                   Defendant.

NOTICE OF APPEAL

COMES NOW the Defendant, Denard Erward Carrington, by counsel, and notes his appeal to his conviction and sentencing, as set forth in the Judgment of this Court on January 14, 2010, on the charges of possess with intent to distribute 500 grams or more of cocaine hydrochloride, possession of firearms in furtherance of a drug trafficking crime, possession of a firearm by a convicted felon and possession of an unregistered firearm.

Respectfully Submitted,
DENARD E. CARRINGTON


By:_____/s/_____
         Of Counsel


/s/
Taylor B. Stone
VSB #: 47447
Attorney for Denard E. Carrington
Bremner, Janus & Stone

701 East Franklin Street
Suite 1500
Richmond, VA 23219
(804) 643-1400
(804) 643-1466 (fax)
tstone@bjslawyers.com

## CERTIFICATE

 I hereby certify that on the 15th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will sent notification of such filing (NEF) to the following:

Angela Mastandrea-Miller
Assistant United States Attorney
600 East Min Street, Suite 1800
Richmond, VA 23219
Angela.Miller3@usdoj.gov

          _____/s/_____
          Taylor B. Stone
          VSB #: 47447
          Attorney for Denard Edward Carrington
          Bremner, Janus & Stone
          701 East Franklin Street
          Suite 1500
          Richmond, VA 23219
          (804) 643-1400
          (804) 643-1466 (fax)
          tstone@bjslawyers.com