# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Richmond Division

UNITED STATES OF AMERICA
V.

DENARD EDWARD CARRINGTON
Defendant.

Case Number: 3:09cr00160-001

USM Number: 34917-183

Defendant's Attorney:
TAYLOR STONE, ESQ.

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count(s) 2, 4, and 5 of the Superseding Indictment.

The defendant was found guilty on Count(s) 3 of the Superseding Indictment after a plea of not guilty.

The defendant is adjudicated guilty of these offenses.

| Title and Section | Nature of Offense | Offense | Offense | Count |
|---|---|---|---|---|
| 21 U.S.C. 841(a) | POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE | Felony | 4/21/2009 | 2 |
| 18 U.S.C. 924(c) | POSSESSION OF FIREARMS BY A CONVICTED FELON | Felony | 4/21/2009 | 3 |
| 18 U.S.C. 922(g)(1) | POSSESSION OF A FIREARM BY A CONVICTED FELON | Felony | 4/21/2009 | 4 |
| 26 U.S.C. 5861(d) | POSSESSION OF AN UNREGISTERED FIREARM | Felony | 4/21/2009 | 5 |

On motion of the United States, the Court has dismissed Count(s) 1 of the Superseding Indictment and the

The defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

01/14/2010
Date of Imposition of Judgment

/s/
James R. Spencer
Chief United States District Judge

1/14/2010

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
Sheet 2 - Imprisonment

Page 2 of 6

| | |
|---|---|
| Case Number: | 3:09cr00160-001 |
| Defendant's Name: | DENARD EDWARD CARRINGTON |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: THREE HUNDRED and SIXTY (360) MONTHS ON COUNT 3 TO BE SERVED CONSECUTIVE TO COUNTS 2, 4, AND 5, 60 MONTHS IMPRISONMENT ON COUNT 2, 4, AND 5 TO BE SERVED CONCURRENT. THE DEFENDANT IS TO RECEIVE CREDIT FOR TIME SERVED ON THIS CHARGE.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case　　　　　　　　　　　　　　　　　　　　Page 3 of 6
Sheet 3 - Supervised Release

Case Number:　　　3:09cr00160-001
Defendant's Name:　DENARD EDWARD CARRINGTON

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of FIVE (5) YEARS ON COUNTS 2 AND 3 AND THREE (3) YEARS ON COUNTS 4 AND 5. ALL TO BE SERVED CONCURRENT.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions supervised release.

　　The defendant shall report to the probation office in the district to which the defendant is released within 72 of release from the custody of the Bureau of Prisons.

　　The defendant shall not commit another federal, state or local crime.

　　The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from and periodic drug tests thereafter, as determined by the court.

　　The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

　　If this judgment imposes a fine or restitution obligation , it is a condition of supervised release that the defendant any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

# STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the standard conditions that have been adopted by this court set forth below:
1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics and shall permit the probation officer to make notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  Page 5 of 6
Sheet 3A - Supervised Release

Case Number: 3:09cr00160-001
Defendant's Name: DENARD EDWARD CARRINGTON

# SPECIAL CONDITIONS OF SUPERVISION

While on supervised release, pursuant to this Judgment, the defendant shall also comply with the following additional special conditions:

1) The defendant shall provide the probation officer with access to requested financial information.

2) The defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

3) The defendant shall pay the balance owed on any court-ordered financial obligations in monthly installments of not less than $50.00, starting 60 days after supervision begins until paid in full.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  
Sheet 5 - Criminal Monetary Penalties

Page 5of 6

Case Number:       3:09cr00160-001
Defendant's Name:  DENARD EDWARD CARRINGTON

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 2 | $100.00 | $0.00 | $0.00 |
| 3 | $100.00 | $0.00 | $0.00 |
| 4 | $100.00 | $0.00 | $0.00 |
| 5 | $100.00 | $0.00 | $0.00 |
| **TOTALS:** | **$400.00** | **$0.00** | **$0.00** |

No fines have been imposed in this case.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case  Page 6 of 6
Sheet 6 - Schedule of Payments

Defendant's Name: **DENARD EDWARD CARRINGTON**
Case Number: 3:09cr00160-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

Payment to begin immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and costs.

Nothing in the court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.